

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2016

No. 04-16-00387-CR

Veronica **ALEGRIA,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR5021A
Honorable Ray Olivarri, Judge Presiding

# O R D E R

Appellant's attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967); however, the brief is not accompanied by:

    (1)    a motion to withdraw;

    (2)    an exhibit showing that counsel has notified appellant that, should appellant wish to exercise the right to review the appellate record in preparing to file a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court **and provided appellant with a form motion for this purpose and a mailing address for this court**.

*See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85-86 (Tex. App.—San Antonio 1997, no pet

It is therefore ORDERED that appellant's attorney file the requisite motion and exhibit in this court **no later than 10 days from the date of this order**.

Sandee Bryan Marion
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2016.



Keith E. Hottle
Clerk of Court